IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A. Trustee Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, <br>             PLAINTIFF | CASE NUMBER: 1:11-cv-6475 |
|            VS. | DISTRICT JUDGE: Joan H. Lefkow |
| Sandra Rodriguez, Valentin Rodriguez, Applied Bank, Peoples Gas Light & Coke Co., Bill Kay Chevrolet, Chicago Mutual Insurance Company a/s/o County Wide Security Services, Harris Trust & Savings Bank, HSBC Nevada, NA, LVNV Funding, LLC, <br>             DEFENDANT(S). | MAGISTRATE JUDGE: Michael T. Mason |

## MOTION TO DISMISS CASE

Plaintiff, Wells Fargo Bank, NA, by counsel, James N. Pappas of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1. On September 15, 2011 Plaintiff filed its Complaint for Foreclosure.

2. On November 9, 2011, the Loan was charged off.

WHEREFORE, counsel for Plaintiff, Wells Fargo Bank, NA, respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

Respectfully submitted,
BURKE COSTANZA & CARBERRY LLP

By: __/s/ James Pappas___ _____
James N. Pappas, # 6291873
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (219) 769-1313